(November 16, 1954.)

∎

Amelia Pereiro et al., Respondents, v. Marcus Brown et al., Appellants.— Order unanimously affirmed, with costs to the respondents. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.

∎

In the Matter of the Estate of Louis Conay, Deceased. Ida Conay et al., Appellants; Benjamin A. Chorosh et al., Respondents.— Decree and order unanimously affirmed, with costs to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

∎

The People of the State of New York, Respondent, v. Marcus S. Siegel, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

∎

Harry B. Solow et al., Respondents, v. Adele Cohen et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied on the ground that there are triable issues of fact. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

∎

Leon Rivera, Respondent, v. Michael Lokman et al., Defendants, and Elezear Perle et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

∎

The People of the State of New York, Respondent, v. Edward C. Alexion, Appellant.— Judgment unanimously modified so as to reduce the sentence to the time already served and, as so modified, affirmed. In all the circumstances the sentence imposed was excessive. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

∎

The People of the State of New York, Respondent, v. Rudolph Cammac, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

∎

Mayrol Realty Corp., Respondent, v. Marvin D. Frankel, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

∎

The People of the State of New York, Respondent, v. Ralph Cantelmo, Appellant.— Judgment unanimously reversed, the complaint dismissed, and the fine remitted upon the ground that the guilt of the defendant, as a book-maker, was not established beyond a reasonable doubt. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.